# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 6:25-mj-1743-LHP | **DATE:** | July 14, 2025 |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | Etienne Van Hissenhoven |
| **UNITED STATES OF AMERICA** <br> v. <br> **JORGE LUIS URRIBARRI-VENTO** | | **LANGUAGE:** | Spanish |
| | | **ASSISTANT U.S. ATTORNEY:** | Robert Sowell |
| | | **DEFENSE COUNSEL:** | Aziza Hawthorne |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Edward Jackson |
| **TIME** 2:35-2:55 | **TOTAL:** 20 mins | **PRETRIAL:** | Sofia Kollaian |
| | | **COURTROOM:** | 5D |

**PROCEEDINGS: INITIAL APPEARANCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) The Court inquired of the Defendant regarding competency.

(✓) Defendant advised of Rule 5c rights.

(✓) Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓) Oral motion for counsel. Motion was granted, and counsel was appointed in this district.

(✓) Defendant was advised of the charge(s) and penalties in the charging document.

(✓) No issues as to identity.

(✓) Oral motion by the Government for (✓) Detention ( ) Release

(✓) Oral motion for continuance of (✓) detention hearing ( ) preliminary hearing by (✓) Government.

(✓) The Court granted the (✓) oral motion for continuance.

(✓) The detention hearing is set for 7/16/25 at 10:30 AM. Order of Temporary Detention entered.